IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:08-cv-01523-GLL |
| | ) |
| REBECCA L. GALIETTI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the United States' Consent Motion for Voluntary Dismissal Without Prejudice of Count IV of the Complaint, IT IS HEREBY ORDERED that the motion is GRANTED . Count IV of the Complaint is dismissed without prejudice and and defendants County of Allegheny, Hampton Township, HamptonTownship School District, Mary Beth Trout and Stanley Hilinski are terminated as parties.

Signed this 18 day of Sept, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT

1