IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-01523 |
| ) | |
| REBECCA L. GALIETTI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this ___9th___ day of ___Nov___, 2010, the Court having considered the United States' motion for default judgment against defendant Rebecca L. Galietti, its brief in support, any response thereto, the applicable law, and the entire record of this case; IT IS HEREBY ORDERED that

1. The United States' motion for default judgment against Rebecca L. Galietti is GRANTED.

2. The Clerk shall ENTER judgment in favor of the United States and against Rebecca L. Galietti in substantially the following form:

> The Court having considered the United States' motion for default judgment and its brief in support; any opposition thereto; and the Court finding that Rebecca L. Galietti is in default for failure to appear and defend, and that Rebecca L. Galietti is not a minor or incompetent person, it is hereby ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 55(b), that (1) Rebecca L. Galietti, was indebted to the United States in the amount of $23,208.34, as of October 15, 2010, for the tax assessments made against her for unpaid federal income taxes, penalties, and interest relating to the 2000, 2001, and 2002 tax years, plus the interest and statutory

additions to tax that have accrued pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 since October 15, 2010, and will continue to accrue on said amount until it is fully paid; (2) Rebecca L. Galietti, was indebted to the United States in the amount of $12,878.55, as of October 15, 2010, for the tax assessments made against her for unpaid federal trust fund recovery penalty taxes, penalties, and interest relating to the third and fourth quarters of 2004, the first quarter of 2005, and the first quarter of 2006, plus the interest and statutory additions to tax that have accrued pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 since October 15, 2010, and will continue to accrue on said amount until it is fully paid; and (3) Rebecca L. Galietti, was indebted to the United States in the amount of $76,061.64, as of October 15, 2010, for the tax assessments made against her for unpaid federal employment taxes, penalties, and interest relating to the third quarter of 1998, the second and fourth quarters of 1999, all quarters of 2000, the first and second quarters of 2001, all quarters of 2002, the second and third quarters of 2003, and the first and second quarters of 2004, plus the interest and statutory additions to tax that have accrued pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 since October 15, 2010, and will continue to accrue on said amount until it is fully paid.

BY THE COURT:

_____, C. J.

cc: Christopher D. Belen, Esq., for the Plaintiff
Defendant Rebecca L. Galietti